UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK JUDGE ROBINSON

---

SARINSKY'S GARAGE INC.,

        Plaintiff,

vs.

ERIE INSURANCE COMPANY, and
ERIE INSURANCE COMPANY OF
NEW YORK,

        Defendants.

Docket No.: _____

---

# ERIE INSURANCE COMPANY AND ERIE INSURANCE COMPANY OF NEW YORK'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO Fed.R.Civ.P. 7.1

Defendants, Erie Insurance Company and Erie Insurance Company of New York by their attorneys, Rupp, Baase, Pfalzgraf, Cunningham & Coppola LLC, for their corporate disclosure statement pursuant to Federal Rules of Civil Procedure Rule 7.1, states that Erie Indemnity Company is the parent corporation of Erie Insurance Company. Erie Insurance Company is a wholly owned subsidiary of Erie Indemnity Company, a publicly traded corporation. All outstanding shares of Erie Insurance Company are owned by Erie Indemnity

- 2 -

Company. In addition, Erie Insurance Company of New York is a wholly-owned subsidiary of Erie Insurance Company.

Dated: Buffalo, New York
       June 6, 2008

**RUPP, BAASE, PFALZGRAF,**
**CUNNINGHAM & COPPOLA,** LLC
Attorneys for Defendants

By: _____
    Marco Cercone, Esq., of Counsel
1600 Liberty Building
Buffalo, New York 14202
(716) 854-3400
S.D. N.Y. Bar #: MC5326

TO: **BLOOM AND BLOOM, P.C.**
    Attorneys for Plaintiff
    (Kevin D. Bloom, Esq., of Counsel)
    530 Blooming Grove Turnpike
    P.O. Box 4323
    New Windsor, New York 12553
    (845) 561-6920