UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARINSKY'S GARAGE INC.,

                Plaintiff,

vs.                                    Docket No.: _____

ERIE INSURANCE COMPANY, and
ERIE INSURANCE COMPANY OF
NEW YORK,

                Defendants.

---

## CERTIFICATE OF SERVICE

        I do hereby certify that on June 6, 2008, I caused defendant Erie Insurance Company's notice of removal, and answer to plaintiff's complaint in the above-referenced matter to be served via overnight mail, Federal Express, on:

    Kevin D. Bloom, Esq.
    Attorney for Plaintiff
    Bloom and Bloom, P.C.
    530 Blooming Grove Turnpike
    P.O. Box 4323
    New Windsor, New York 12553
    (845) 561-6920

    Donna L. Benson
    Orange County Clerk
    Orange County Government Center
    255 Main Street
    Goshen, New York 10924

Dated: June 6, 2008
       Buffalo, New York

                                            /s/ Marco Cercone
                                            Marco Cercone,
                                            S.D. N.Y. Bar #MC5326