UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SARINSKY'S GARAGE, INC.,

                              Plaintiff,
                                                        **APPEARANCE**

      -against-

ERIE INSURANCE COMPANY, et al.,                    08 CIV 5247 (SCR)

                              Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter my appearance as co-counsel in this case for the plaintiff, Sarinsky's Garage, Inc..

      I certify that I am admitted to practice in this Court.

Dated: Middletown, New York
       July 25, 2008

                                                       s/*Robert N. Isseks*

                                                     _____
                                                     ROBERT N. ISSEKS (RI 0241)
                                                     6 North Street
                                                     Middletown, New York 10940
                                                     (845) 344-4322; fax (845) 341-1760

TO:    Kevin D. Bloom, Esq.
         Bloom & Bloom, P.C.
         P.O. Box 4323
         New Windsor, New York 12553
         Attorney for Plaintiff

         Marco Cercone, Esq.
         Rupp, Baase, Pfalzgraf, Cunningham & Coppola, LLC
         1600 Liberty Building
         Buffalo, New York 14202-3694
         Attorney for Defendant