UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SARINSKY'S GARAGE INC.,

                Plaintiff,

    vs.                                   Docket No.: _____

ERIE INSURANCE COMPANY, and
ERIE INSURANCE COMPANY OF
NEW YORK,

                Defendants.
_____

## CERTIFICATE OF SERVICE

        I do hereby certify that on June 6, 2008, I caused defendant Erie Insurance Company's corporate disclosure statement pursuant to Fed.R.Civ.P. 7.1 in the above-referenced matter to be served via overnight mail, Federal Express, on:

    Kevin D. Bloom, Esq.
    Attorney for Plaintiff
    Bloom and Bloom, P.C.
    530 Blooming Grove Turnpike
    P.O. Box 4323
    New Windsor, New York  12553
    (845) 561-6920

    Donna L. Benson
    Orange County Clerk
    Orange County Government Center
    255 Main Street
    Goshen, New York  10924

Dated: June 6, 2008
       Buffalo, New York

                                          _____s/ Marco Cercone_____
                                          Marco Cercone,
                                          S.D. N.Y. Bar #MC5326